IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


WENDY WOMBLE                                        PLAINTIFF

VS.                    CIVIL ACTION NO. 3:13-cv-882(DCB)(MTP)

MPH INVSTMENTS OF MISSISSIPPI, INC.
d/b/a LADY LUCK HOTEL & SUITES                      DEFENDANT


ORDER

This cause is before the Court on the defendant's motion in limine (docket entry 11).   The parties having announced a settlement of their case, the Court finds that the motion is moot.

Accordingly,

IT IS HEREBY ORDERED that the defendant's motion in limine **(docket entry 11)** is MOOT.

SO ORDERED, this the 23rd day of February, 2015.


                              /s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE