**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**WENDY WOMBLE**                                                          **PLAINTIFF**

**V.**                                         **CAUSE NO: 3:13-cv-882(DCB)(MTP)**

**MPH INVESTMENTS OF MISSISSIPPI, INC.**
**D/B/A LADY LUCK HOTEL & SUITES**                           **DEFENDANT**

**FINAL JUDGMENT AND AGREED ORDER OF DISMISSAL WITH PREJUDICE**

ON THIS DAY the Court considered the joint motion of Plaintiff Wendy Womble and Defendant MPH Investments of Mississippi, Inc. d/b/a Lady Luck Hotel & Suites for a Final Judgment and Agreed Order of Dismissal with Prejudice as to all claims made against Defendant MPH Investments of Mississippi, Inc. d/b/a Lady Luck Hotel & Suites in this action. The Court, having considered the matter and noting the agreement of the parties to the entry of this Judgment, finds that the motion is well-taken and should be granted. The Court further finds that there is no just reason for delay and, accordingly, directs an entry of judgment dismissing MPH Investments of Mississippi, Inc. d/b/a Lady Luck Hotel & Suites from the case.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims made in this cause of action by Plaintiff Wendy Womble against Defendant MPH Investments of Mississippi, Inc. d/b/a Lady Luck Hotel & Suites are hereby DISMISSED WITH PREJUDICE, with the parties to bear their own costs.

SO ORDERED AND ADJUDGED, this the 25th day of February, 2015.

                                                         s/David Bramlette
                                                         HONORABLE DAVID C. BRAMLETTE, III
                                                         DISTRICT COURT JUDGE

**AGREED:**

/s/ LaKeysha Greer Isaac                        /s/ Omar L. Nelson
LAKEYSHA GREER ISAAC, MS BAR #100050     OMAR L. NELSON, MS BAR #100105
(lakeysha@cs-law.com)                             (onelson@omarnelsonlaw.com)

ATTORNEY FOR DEFENDANT                 ATTORNEY FOR PLAINTIFF
MPH INVESTMENTS OF MISSISSIPPI, INC.      WENDY WOMBLE
D/B/A LADY LUCK HOTEL & SUITES